IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY A. HALE, )<br>          Plaintiff )<br>          )<br>vs.           )<br>          )<br>TROOPER MARK A. SCHMELZLEN; )<br>SHEILA LEMLEY,           )<br>          Defendants ) | Civil Action No. 04-1438<br>Judge Arthur J. Schwab/<br>Magistrate Judge Amy Reynolds Hay<br><br>Re: Docs. #23 & 27 |

## ORDER

AND NOW, this 7th day of Sept., 2005, after the plaintiff, Timothy A. Hale, filed an action in the above-captioned case, and after the defendants filed motions to dismiss, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and plaintiff having filed objections with a brief in support and defendant Sheila Lemley having filed a response to plaintiff's objections, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Motions to Dismiss filed by Defendant Lemley and Defendant Schmelzlen are granted;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

ARTHUR J. SCHWAB
United States District Judge

cc:     Honorable Amy Reynolds Hay
United States Magistrate Judge

Timothy A. Hale
FR-0255
SCI Rockview
Box A
Bellefonte, PA 16823

Craig E. Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Douglas R. Nolin, Esquire
Frank G. Adams, Esquire
Andrew S. Chumney, Esquire
Peacock Keller & Ecker
70 East Beau Street
Washington, PA 15301